CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

SEYFARTH SHAW LLP
Julia N. Sarnoff (SBN 288531)
jsarnoff@seyfarth.com
975 F Street N.W.
Washington, D.C., 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393

Ashley N. Arnett (SBN 305162)
aarnett@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
Attorneys for Defendants
HHR Powell Street, L.P and HST Powell LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>HHR POWELL STREET, L.P., a Delaware Limited Partnership; HST POWELL LLC, a Delaware Limited Liability Company,<br><br>    Defendants, | **Case No.** 3:20-cv-08454-TSH<br><br>STIPULATION TO EXTEND DATE FOR FILING DISMISSAL |

1

Plaintiff SAMUEL LOVE ("Plaintiff") and Defendant HHR POWELL STREET, L.P., a Delaware Limited Partnership; HST POWELL LLC, a Delaware Limited Liability Company ("Defendants") hereby stipulate to extend the deadline to file Dismissal to April 26, 2021. The parties are yet to finalize the terms of the settlement agreement hence the additional time is required to finalize the Agreement, collect the signatures and to comply with the terms of Agreement.

Dated: March 25, 2021  　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　By:　/s/ Amanda Seabock
　　　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: March 25, 2021  　　　SEYFARTH SHAW LLP

　　　　　　　　　　　　　　　By:　/s/ Ashley N. Arnett
　　　　　　　　　　　　　　　　　　Julia N. Sarnoff
　　　　　　　　　　　　　　　　　　Ashley N. Arnett
　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　HHR Powell Street, L.P and HST
　　　　　　　　　　　　　　　　　　Powell LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ashley N. Arnett, counsel for HHR Powell Street, L.P and HST Powell LLC and that I have obtained authorization to affix her electronic signature to this document.

Dated: March 25, 2021                    CENTER FOR DISABILITY ACCESS

                                                By:     /s/ Amanda Seabock
                                                          Amanda Seabock
                                                          Attorneys for Plaintiff