CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| SAMUEL LOVE, | **Case:** 3:20-cv-08454-TSH |
|---|---|
| Plaintiff, | |
| v. | **Plaintiff's Notice of Voluntary Dismissal With Prejudice** |
| HHR POWELL STREET, L.P., a Delaware Limited Partnership; HST POWELL LLC, a Delaware Limited Liability Company, | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Samuel Love, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants HHR Powell Street, L.P., a Delaware Limited Partnership; HST Powell LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: April 13, 2021          CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

1

Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i)